## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNY COLLINS, individually and on behalf of all others similarly situated, | ) <br> ) 1:21-cv-00008 <br> ) |
| Plaintiff, | ) Hon. John F. Kness <br> ) |
| vs. | ) Mag. Jeffrey Cummings <br> ) |
| CITIBANK, N.A., | ) <br> ) |
| Defendant | ) |

## CITIBANK N.A.'S CONTESTED MOTION TO COMPEL ARBITRATION AND STAY ACTION

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et. Seq. ("FAA"), FRCP 12(b)(1), and FRCP 81(a)(6)(B), defendant Citibank, N.A. ("Citibank"), hereby files its Motion to Compel Arbitration and Stay Action requesting entry of an order compelling Plaintiff, Danny Collins to arbitrate his claims against Citibank pursuant to the terms of the arbitration agreement ("Arbitration Agreement") governing the credit card accounts at issue in Plaintiff's claims in this case. Citibank further seeks to stay this case during the pendency of any arbitration. Citibank files contemporaneously herewith its Memorandum in Support of this Motion and accompanying exhibits.[1]

RESPECTFULLY SUBMITTED this 12th day of March, 2021.

ATTORNEYS FOR DEFENDANT

By: /s/ Lucia Nale

---

[1] As required by the Court's COVID-19 standing order, the parties have met and conferred regarding a briefing schedule for this motion and will enter a stipulation on the docket confirming that schedule within 2 business days.

                                                                      Lucia Nale
                                                                      Debra Bogo Ernst
Kyle J. Steinmetz
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
lnale@mayerbrown.com
dernst@mayerbrown.com
ksteinmetz@mayerbrown.com

2

## **CERTIFICATE OF SERVICE**

I, Kyle J. Steinmetz, an attorney, hereby certify that on March 12, 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Kyle J. Steinmetz
Kyle J. Steinmetz

740406017.1