IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNY COLLINS, individually and on behalf of all others similarly situated, | ) <br> ) 1:21-cv-00008 <br> ) |
| Plaintiff, | ) Hon. John F. Kness <br> ) |
| vs. | ) Mag. Jeffrey Cummings <br> ) |
| CITIBANK, N.A., | ) <br> ) |
| Defendant | ) |

**STIPULATED BRIEFING SCHEDULE REGARDING CITIBANK N.A.'S CONTESTED MOTION TO COMPEL ARBITRATION AND STAY ACTION**

Pursuant to the Court's standing order regarding COVID-19 procedures, Citibank, N.A. ("Citibank") submits the following agreed briefing schedule for Citibank's Contested Motion to Compel Arbitration and Stay Action.

1. Citibank's motion and initial memorandum in support of the motion were filed on March 12, 2021.

2. Danny Collins' memorandum in response is due on or before April 9, 2021.

3. Citibank's reply in support of its motion is due on or before April 23, 2021.

RESPECTFULLY SUBMITTED this 15th day of March, 2021.

                                                            ATTORNEYS FOR DEFENDANT

                                                            By: /s/ Kyle Steinmetz

                                                                   Lucia Nale
                                                                   Debra Bogo Ernst
                                                                   Kyle J. Steinmetz
                                                                   MAYER BROWN LLP
                                                                   71 S. Wacker Drive
                                                                   Chicago, Illinois 60606-4637
                                                                   Telephone: (312) 782-0600
                                                                   Facsimile: (312) 701-7711

lnale@mayerbrown.com
dernst@mayerbrown.com
ksteinmetz@mayerbrown.com

## **CERTIFICATE OF SERVICE**

    I, Kyle J. Steinmetz, an attorney, hereby certify that on March 15, 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                /s/ Kyle J. Steinmetz
                                                Kyle J. Steinmetz