IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNY COLLINS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CITIBANK, N.A., <br><br> Defendant | 1:21-cv-00008 <br><br> Hon. John F. Kness <br><br> Mag. Jeffrey Cummings |

## JOINT STIPULATION OF DISMISSAL

The parties, through their undersigned counsel, do hereby give notice that they have concluded a settlement agreement that disposes of Plaintiff's claims on an individual basis. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), the parties therefore hereby dismiss the case with prejudice as to individual claims of Danny Collins, including any claims brought as a representative or in a representative capacity, and without prejudice as to the members of the putative class pursuant. Each side is to bear its own costs and fees.

Dated this 2nd day of May, 2022

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |
|---|---|
| /s/ Manuel Hiraldo | /s/ Lucia Nale |
| Manuel Santiago Hiraldo <br> Hiraldo P.A. <br> 401 E. Las Olas Blvd Ste. 1400 <br> Ft. Lauderdale, FL 33301 <br> mhiraldo@hirladolaw.com <br> Tel: (954) 400-4713 <br><br> Ignacio Javier Hiraldo <br> IJH Law <br> 1200 Brickell Ave. Ste. 1950 | Lucia Nale <br> Debra Bogo-Ernst <br> Kyle J. Steinmetz <br> MAYER BROWN LLP <br> 71 S. Wacker Drive <br> Chicago, IL 60606-4637 <br> Tel: (312) 782-0600 <br> Fax: (312) 701-7711 <br> lnale@mayerbrown.com <br> dernst@mayerbrown.com |

1

Miami, FL 33137  ksteinmetz@mayerbrown.com
ijhiraldo@ijhlaw.com
(786)-496-4469